## A. Claude Foreman, Appellant, v. Harry C. Daniels, Appellee.

**Gen. No. 9,417.** 

 Heard in this court at the February term, 1944; opinion filed April 12, 1944. Graham & Graham, for appellant; A. W. Schimmel, for appellee. Opinion by PRESIDING JUSTICE DADY. **Not to be published in full.**